UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| JOHN and JANE DOE, as the PARENTS, NATURAL FRIENDS and GUARDIANS of MARY DOE (a minor), | CIVIL ACTION NO. 6:18-219-KKC |
| **Plaintiff,** | |
| V. | OPINION AND ORDER |
| BOARD OF EDUCATION OF McCREARY COUNTY, KENTUCKY, *et al*, | |
| **Defendants.** | |

*** *** ***

This matter is before the Court on motions to dismiss for improper service by Defendants Todd Waters, Michael Cash, and the McCreary County Board of Education. [DE 5; 6; 7.] While this motion was pending, Plaintiff filed a motion to reissue summonses. [DE 8.] For reasons outlined below, the Court will **DENY** the Defendants' motions to dismiss and **GRANT** the Plaintiff's motion to reissue summonses.

Plaintiff elected to send copies of the summons and complaint via certified mail return receipt requested pursuant to Ky. CR 4.01(1)(a). In doing so, the Plaintiff failed to instruct the postal service to deliver the summons and complaint to the "addressee only," as required by CR 4.01(1)(a). Defendants therefore, did not sign for the certified deliveries themselves, rendering service ineffective. In response to Plaintiff's failure to effectuate proper service, all three Defendants in this action have moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(5).

1

In addition to the methods enumerated in Rule 4, parties may serve a summons in accordance with the service requirements of the state in which the district is located. Fed. R. Civ. P. 4(e)(1). Under Kentucky law, service may be satisfied by sending a copy of the summons and complaint by "registered mail or certified mail return receipt requested with instructions to the delivering postal employee to deliver to the addressee only." CR 4.01(1)(a).

Acknowledging the mistake, Plaintiff timely seeks permission from this Court to reissue the summonses. [DE 8.] While service was undoubtedly improper, the Court retains significant discretion in deciding whether to dismiss the action or quash service and retain the case. *Woodcock v. Correct Care Sols., LLC*, No. 3:16-CV-00096-GFVT, 2018 WL 2347077, at *3 (E.D. Ky. May 23, 2018); *Meyer v. Timothy E. Baxter & Assoc., P.C.*, No. 18-10058, 2018 WL 1858182; at *2 (E.D. Mich. April 18, 2018). Given the prompt recognition of their error and the timely request to correct it, the Court finds that the Plaintiff's request is reasonable and will allow for the reissuance of summonses and for Plaintiff to properly serve the three Defendants within the 90-day period provided for in Fed. R. Civ. P. 4(m).

IT IS HEREBY ORDERED that:

(1) Defendants' motions to dismiss pursuant to Rule 12(b)(5) [DE 5; 6; 7] are **DENIED.**

(2) Plaintiff's motion to reissue summonses within the time period allotted by Fed. R. Civ. P. 4(m) [DE 8] is **GRANTED** and the Clerk shall reissue and electronically return the tendered summonses.

Dated September 25, 2018.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY