UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| JOHN and JANE DOE, *as the Parents, Natural Friends, and Guardians of Mary Doe, a minor*,<br><br>    Plaintiffs,<br><br>V.<br><br>MCCREARY COUNTY BOARD OF EDUCATION, *et al.*,<br><br>    Defendants. | CIVIL ACTION NO. 6:18-219-KKC-HAI<br><br><br>**ORDER** |

*** *** ***

This matter is before the Court on a Joint Motion for Approval of Settlement. (DE 37.) The Court hereby ORDERS that a *telephonic* conference in this matter will be held on **February 19, 2020 at 10:30 AM.** The parties are to call 888-684-8852, using access code 6823688. Please dial in a few minutes before the conference is scheduled to begin.

Dated February 13, 2020



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY