UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| **JOHN and JANE DOE, as the Parents, Natural Friends, and Guardians of Mary Doe, a minor,** | CIVIL ACTION NO. 6:18-219-KKC-HAI |
| **Plaintiffs,** | |
| V. | **ORDER** |
| **McCREARY COUNTY BOARD OF EDUCATION, *et al.*,** | |
| **Defendants.** | |

*** *** ***

This matter is before the Court on a joint stipulation of dismissal. The parties having jointly stipulated to the dismissal of this matter with prejudice (DE 43), the Court hereby ORDERS that this matter shall be DISMISSED with prejudice and STRICKEN from the active docket of the Court.

Dated July 2, 2020

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY